# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-4-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  2. SHAUN GAY,

    Defendant.

---

**DEFENDANT SHAUN GAYS' UNOPPOSED MOTION FOR A MENTAL HEALTH EXAMINATION**

---

Comes Now, the Defendant Shaun Gay, by and through his CJA appointed counsel, Peter Hedeen, and hereby requests this Honorable Court for an Order authorizing a psychiatric or psychological examination of the defendant by a certified psychiatrist or psychologist for the purpose of determining Mr. Martinez' mental competency pursuant to 18 U.S.C. § 4241(a). As grounds therefore, Mr. Gay states as follows:

1. On December 3, 2018, the government filed a one count indictment against Mr. Gay alleging that on December 2, 2018, Mr. Gay took money from a person which belonged to TCF Bank, in violation of 18 U.S.C. § 2113(a). *See* Doc.1. On December 18, 2018, undersigned counsel entered an appearance in the present matter. *See* Doc.8.

2. On March 19, 2019, Mr. Gay appear before this Court and entered a plea of guilty to the single count in the indictment. The Court set sentencing for June 12,

-1-

2019.

3. Since the entry of the guilty plea, Undersigned Counsel has reviewed mental health records and has met with Mr. Gay, and has reason to believe that Mr. Gay may be suffering from a mental disease or defect that could be rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense. The privilege between attorney and client prevent further disclosure of these issues. In addition, Mr. Gay has had well-documented issues with mental health in his past, including those documented in his prior case 10-cr-00373-WYD.

4. On May 9, 2019, Mr. Gay submitted a letter to the Court regarding his case. This letter clearly demonstrates that Mr. Gay may be suffering from a mental disease or defect that could be rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense. *See* Doc. 29. Based on the aforementioned concerns, Undersigned Counsel requests the Court to order a psychiatric or psychological evaluation for purposes of determining competency.

5. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the court. *See* 18 U.S.C. § 4247(b).

6. Undersigned counsel also requests that a report of the evaluation be filed with the Court pursuant to 18 U.S.C. § 4247(c). Undersigned Counsel would request

that copies of the report be tendered to the parties pursuant to 18 U.S.C. § 4247(c).

7. Following the evaluation and report, Undersigned Counsel requests that the Court order counsel to contact chambers to set a date for hearing on Mr. Gays' competency, should such hearing be necessary.

8. Undersigned Counsel further requests that the Court vacate all current dates and deadlines, to be reset upon conclusion of the competency evaluation. Until a determination is made regarding Mr. Gay's competency, counsel cannot effectively communicate with Mr. Gay and Mr. Gay cannot assist counsel in preparation of a defense or to prepare for sentencing.

9. The Court held a phone conference regarding these issues on May 13, 2019, and at that time Assistant United States Attorney Kurt Bohn stated that he had no objection to the present Motion.

WHEREFORE, Undersigned Counsel respectfully requests that this Court issue an order authorizing a mental health examination under 18 U.S.C. § 4241(b), vacating current deadlines and the sentencing date, and setting a status conference or a deadline for the parties to contact chambers in order to reschedule the applicable dates.

Dated this Wednesday, May 15, 2019.

                              Respectfully submitted,


                              \_\_S/Peter Hedeen\_\_\_
                              Peter Hedeen
                              2373 Central Park Blvd.
                              Suite 100
                              Denver, CO 80238
                              720-979-0927
                              303-803-1501  Fax

## CERTIFICATE OF MAILING

I hereby certify that on Wednesday, May 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the court's ECF system which will send notification of such filing to all counsel of record and the following e-mail addresses:

Kurt Bohn, Assistant United States Attorney
kurt.bohn@usdoj.gov

And, I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Shaun Gay (via hand delivery)

__S/Peter Hedeen___
Peter Hedeen
2373 Central Park Blvd.
Suite 100
Denver, CO 80238
720-979-0927
303-803-1501  Fax